COMMONWEALTH *vs.* TIMOTHY SHEEHAN.

The record of a conviction transmitted by a justice of the peace to the court of common pleas must be certified to be a copy.

COMPLAINT for an unlawful sale of intoxicating liquor.    The record of conviction transmitted to the court of common pleas was signed " Attest, Saml. B. Noyes, justice of the peace," without showing that it was a copy ; and the defendant, upon that ground, after conviction in that court, moved in arrest of judgment, and, that motion being overruled by *Sanger*, J., alleged exceptions.

*G. A. W. Chamberlain*, for the defendant.

*S. H. Phillips*, (Attorney General,) for the Commonwealth cited *Commonwealth* v. *Hogan*, 11 Gray, 313.

BIGELOW, J. This case comes within the decision in *Commonwealth* v. *Doty*, 2 Met. 18. The record of the conviction of the defendant before the magistrate is not certified to be a true copy. For aught that appears on the face of the paper, it may be the original record. *Exceptions sustained*